IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C&D CONTRACTORS, INC., | : |
| Plaintiff, | : C. A. No. 05-137 |
| v. | : |
| PBM CONSTRUCTION GROUP, INC., | : |
| Defendant. | : |

## COMPLAINT

Plaintiff, C&D Contractors, Inc., by and through its undersigned counsel, files this Complaint against Defendant, PBM Construction Group, Inc., and in support thereof avers as follows:

### Parties

1.　Plaintiff, C&D Contractors, Inc. ("C&D"), is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 14 East 40th Street, Wilmington, Delaware 19802.

2.　Defendant, PBM Construction Group, Inc. ("PBM"), is a corporation organized and existing under the laws of the State of New Jersey, with its principle place of business located at 13 MacDade Boulevard, Suite B, Folsom, Pennsylvania 19033.

### Jurisdiction and Venue

3.　Subject matter jurisdiction is based upon 28 U.S.C. §§ 1332 (a)(1) and (c)(1) because C&D and PBM are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4.　Venue is based upon 28 U.S.C. §§1391(a) and (b) because a substantial part of the events or omissions giving rise to the claim occurred in the State of Delaware.

## Facts

5. C&D and PBM are parties to a Contract dated October 15, 2001, whereby C&D agreed to provide all labor, materials, equipment, and supplies for the on behalf of PBM, with respect to the Veteran's Administration Hospital in Wilmington, Delaware, under Federal Government Contract No. V460C-341, in consideration of the Contract price of $587,000, subject to additions and deductions, with respect to the Veteran's Administration Hospital project in Wilmington, Delaware, under Federal Government Contract No. V460C-341.

6. During the course of performing its work, PBM requested, and C&D performed, additional work on the Project, by and through the following three (3) Change Orders:

| Change Order | Description | Amount Due |
|---|---|---|
| 12 | Re-insulate Abated Pipe | $26,178.28 |
| 13 | Firestop Existing Penetrations | $18,077.40 |
| 19 | Insulate Concealed Supply Duct | $14,229.60 |
|  | Medical Gas Changes | $ 2,298.00 |
| Total |  | $60,783.28 |

7. During the course of performing its work, C&D was delayed by PBM's negligent conduct and other actions.

8. As the direct and proximate result of PBM's actions, C&D incurred delay damages in the amount of $211,913.80, and increased bonding costs in the amount of $5,900.90.

9. Although C&D performed all of its obligations pursuant to the Contract, PBM failed and refused to make payment to C&D, despite demand, for the following:

| | | |
|---|---|---|
| A. | Original Contract balance: | $ 10,109.00 |
| B. | Change Orders: | $ 60,783.28 |
| C. | Delay Damages: | $211,913.80 |
| D. | Increased bonding costs: | $  5,900.90 |
| Total | | $288,706.98 |

10. On July 16, 2004, C&D commenced an action against PBM in the Superior Court of the State of Delaware, New Castle County, seeking damages in the amount of $288,706.98, plus pre-

judgment interest. A true and correct copy of the Complaint is attached hereto and incorporated herein as Exhibit "1."

11. Proper service of process was made under Delaware Law. A true and correct copy of the Return of Service is attached hereto and incorporated herein as Exhibit "2."

12. PBM failed to file a responsive pleading to the Complaint, and on September 21, 2004, the Superior Court of Delaware entered a Default Judgment against PBM in the total amount of $317,342.09. A true and correct copy of the Default Judgment is attached hereto and incorporated herein as Exhibit "3."

13. 10 Del. C. §148 provides that a party has thirty (30) days after judgment to file an appeal. As of the date of this action, no appeal has been, or could be, filed on behalf of PBM. Accordingly, the Default Judgement is a Final Judgment of the Superior Court of the State of Delaware.

14. As of the date of this Complaint, PBM has not made any payments to C&D on the Final Judgment.

15. All conditions precedent have been performed or have occurred.

### Count I: Declaratory Relief Pursuant to 28 U.S.C. §2201
(C&D v. PBM)

16. C&D incorporates paragraphs 1-14 as though more fully set forth herein at length.

17. The Declaratory Judgement statute, 28 U.S.C.A. §2201, provides, in relevant part:

> In a case of actual controversy within its jurisdiction . . . any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such.

28 U.S.C.A. §2201(a)

18. As stated above, this Court has jurisdiction under 28 U.S.C. §§1332 (a)(1) and (c)(1)

to decide this matter, and venue under 28 U.S.C. §§139 is appropriate.

19. The Full Faith and Credit Statute, 28 U.S.C.A. §1738, provides, in relevant part:

> The records and judicial proceedings of any court of any such State, Territory or Possession, or copies thereof, shall be proved or admitted in other courts within the United States and its Territories and Possessions by the attestation of the clerk and seal of the court annexed, if a seal exists, together with a certificate of a judge of the court that the said attestation is in proper form.
>
> Such Acts, records and judicial proceedings or copies thereof, so authenticated, shall have the same full faith and credit in every court within the United States and its Territories and Possessions as they have by law or usage in the courts of such State, Territory or Possession from which they are taken.

28 U.S.C.A. §1738.

20. C&D has a valid and enforceable Final Judgment from the Superior Court of the State of Delaware, against PBM, in the amount for $317,342.09.

21. PBM has not paid any portion of the $317,342.09 Final Judgment.

22. Pursuant to the Declaratory Judgment statute 28 U.S.C.A. §2201(a), and the Full Faith and Credit statute, 28 U.S.C.A. §738, this Court should recognize and give full faith and credit to the Final Judgment of the State of Delaware in favor of C&D and against PBM, attached hereto as Exhibit "3," and enter judgment in this Court as if the Final Judgment of the State of Delaware is the judgment of this Court.

23. C&D requests that the Court recognize and give full faith and credit to, and declare that, the Final Judgment of the State of Delaware in favor of C&D and against PBM, attached hereto as Exhibit "2," is and shall be the judgment of this Court.

WHEREFORE, Plaintiff, C&D Contractors, Inc., respectfully requests that the Court give full faith and credit to, and declare that, the Final Judgment of the State of Delaware in favor of

C&D and against PBM in the amount of $317,342.09, attached hereto as Exhibit "2," is and shall be the judgment of this Court.

           COHEN, SEGLIAS, PALLAS,
           GREENHALL & FURMAN, P.C.

           **/s/ Robert K. Beste, Jr.**
           Robert K. Beste, Jr., Esq. (I.D. No. 154)
           Edward Seglias, Esq.( I. D. No. 2822)
           1007 Orange Street
           Nemours Building, Suite 205
           Wilmington, DE 19801
           (302) 425-5089

RKB/msj
05118-0022