# EXHIBIT "1"

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| C&D Contractors, Inc., a Delaware corporation,<br><br>   Plaintiff,<br><br>v.<br><br>PBM Construction Group, Inc., a New Jersey corporation,<br><br>   Defendant. | )<br>) C. A. No. 04C-07-155 RRC<br>)<br>)<br>) NON-ARBITRATION<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff, C&D Contractors, Inc. (hereinafter "C&D"), is a corporation of the State of Delaware, with its principal place of business at 14 East 40th Street, Wilmington, Delaware 19802.

2. PBM Construction Group, Inc. (Hereinafter "PBM"), is a corporation of the State of New Jersey, with its principal place of business at 13 MacDade Boulevard, Suite B, Folsom, Pennsylvania 19033.

3. C&D entered into a contract with PBM, wherein C&D would perform labor and provide materials and supplies on behalf of PBM, with respect to the Veteran's Administration Hospital in Wilmington, Delaware, under Federal Government Contract No. V460C-341. A copy of said contract, dated October 15, 2001, is attached hereto as Exhibit "A."

4. C&D has performed all of its obligations, pursuant to the contract. The amount due to C&D for services performed pursuant to the contract is $10,109.00. After proper demand, PBM has refused to make payment.

5. In addition to the stated amount, PBM is required to pay additional sums to C&D for additional work and change orders performed pursuant to the contract.

6.  Pursuant to the contract, C&D continued work on the following change orders and is owed the following amounts:

| No. | Description | Amount Due |
|---|---|---|
| 12 | Re-insulate Abated Pipe | $26,178.28 |
| 13 | Firestop Existing Penetrations | $18,077.40 |
| 19 | Insulate Concealed Supply Duct | $14,229.60 |
|    | Medical Gas Changes | $ 2,298.00 |
| ***TOTAL:*** | | ***$60,783.28*** |

7.  Contract work was delayed as a result of PBM's negligent conduct and other actions. As a result, C&D is entitled to delay damages of $211,913.80.

8.  As a result of the additional amount due for delay damages, C&D is owed increased bond costs of $5,900.90.

9.  Total contract damages due C&D are as follows:

| | |
|---|---|
| Contract Balance | $ 10,109.00 |
| Charge Orders | $ 60,783.28 |
| Delay Damages | $211,913.80 |
| Bond Costs | $   5,900.90 |
| ***TOTAL:*** | ***$288,706.08*** |

10. Payment was due to C&D by PBM no later than January 1, 2003; and C&D is entitled to pre-judgment interest at the legal rate from that date.

WHEREFORE, Plaintiff demands judgment against Defendant PBM, in the amount of $288,706.08, plus pre-judgment interest at the legal rate, plus the costs of this action.

                                                **Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

*[signature]*

                                                Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                                1007 Orange Street
                                                Nemours Building, Suite 205
                                                Wilmington, DE 19801
                                                (302) 425-5089
                                                Attorneys for Plaintiff

Date: 7/19/04

RKB/msj
05118-0022

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| C&D Contractors, Inc., a Delaware corporation, | ) C. A. No. 04C-07-155 RRC |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NON-ARBITRATION |
| | ) |
| PBM Construction Group, Inc., a New Jersey corporation, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATION OF VALUE

I, Robert K. Beste, Jr., Esquire, attorney for Plaintiff, hereby certify in good faith, at this time, and in my opinion, that the sum of damages for Plaintiff is in excess of $100,000.00, exclusive of costs and interests.

Cohen, Seglias, Pallas, Greenhall
& Furman, P.C.

Robert K. Beste, Jr., Esq. (I. D. No. 154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE  19801
(302) 425-5089

Dated: 7/16/04

RKB/msj
05118-0022