# Exhibit "A"

07/13/2004  16:14    3027647585           C D CONTRACTORS INC              PAGE  02/18



*signed copy*

**PBM**
CONSTRUCTION GROUP, INC.

FILE COPY

<u>SUBCONTRACT AGREEMENT</u>   (hereinafter referred to as AGREEMENT)    Subcontract No. _____2001-01

This AGREEMENT made on the day of /October 15, 2001 by and between PBM Construction Group, Inc as the Prime Contractor, herein after called the "CONTRACTOR" and <u>C & D Contractors Inc</u>, hereinafter called the "SUBCONTRACTOR".

SUBCONTRACTOR Information:
Address: <u>14 E. 40th Street, Wilmington, DE 19802</u>

Contact Person <u>Mr. Stanley Griffiths</u>         Phone No. <u>1-302-764-8013</u>      Fax No. <u>1-302-764-7585</u>

Subcontractor's Employers Federal Id. No #. <u>51-0110654</u>   ( Subcontractor to Insert)

A Corporation  <u>✓</u>  Partnership _____ Sole Proprietorship _____ Other _____ (Subcontractor to Insert)

Organized and existing under the laws of the State of <u>Delaware</u> ( Subcontractor to Insert)

Subcontractor's average annual receipts for the past three ( 3 ) years <u>N/A</u> ( Subcontractor to Insert )

Number of full time employees <u>25</u>  Minority Business?____ Women-owned Business? <u>✓</u> Small Business?____
(Subcontractor to Insert above information)

WITNESSETH: Whereas the CONTRACTOR has heretofore entered into a contract, hereinafter referred to as the " ORIGINAL CONTRACT," dated <u>April 16, 2001</u> and described as Federal Government Contract No. <u>V460C-341</u> with the United States Government, hereinafter referred to as the " PRINCIPAL", the work described under the " Scope of Work Provision of the AGREEMENT, and as may be amended, is to be completed by the SUBCONTRACTOR under and in accordance with all of the terms and conditions of this AGREEMENT and those of the ORIGINAL CONTRACT.

NOW therefore, in consideration of the covenants and agreements hereinafter contained and payments to be made as hereinafter provided, the CONTRACTOR and the SUBCONTRACTOR do hereby mutually agree as follows:

1. **PERFORMANCE OF WORK:**

    A. The SUBCONTRACTOR shall furnish all supervision, labor, materials, supplies, tools, plants, equipment and associated miscellaneous apparatus for the completion of the work, as outlined in the "Scope of Work" provision of this AGREEMENT ( or as may be amended), in accordance with the terms and conditions herein described and all those of the ORIGINAL CONTRACT; It being understood that any reference to the " ORIGINAL CONTRACT" in this document means all of the ORIGINAL CONTRACT documents including but not necessarily limited to: plans, specifications, details and drawings, all associated general conditions and paragraphs, amendments, wage scale decisions, the Buy American Act, Federal Acquisition Regulations, all applicable Government regulations etc., all of which shall include the terms and conditions which are a part thereof. It is further understood that the ORIGINAL CONTRACT and all related documents are hereby incorporated and made a part of this AGREEMENT whereby the SUBCONTRACTOR is bound by all of the same terms and conditions noted therein.

    B. It is distinctly understood and agreed by the SUBCONTRACTOR that this AGREEMENT is made for the consideration herein specified, and that the SUBCONTRACTOR has, by examination of its choice, satisfied itself as to the nature and location of the work; the character, quantity and kind of labor, plant and materials which will be required; the character, quantity and kind of tools and equipment needed during the prosecution of the work and all conditions and other matters which can in any manner affect the work under this agreement.

    C. The SUBCONTRACTOR is responsible for obtaining all amendments to the ORIGINAL CONTRACT and for ensuring inclusion of any materials, equipment, and labor required by said amendments in the SUBCONTRACTOR'S performance of work. Accordingly, by its execution of this AGREEMENT, the SUBCONTRACTOR acknowledges that all such amendments have been reviewed in their entirety and that all costs associated with the work therewith have been included herein. Furthermore, it is understood that it is the SUBCONTRACTOR'S responsibility to ensure that any plans, specifications or other related documents in its possession, despite the source of procurement, are correct and properly amended. In this regard, it is agreed that the SUBCONTRACTOR shall hold the CONTRACTOR harmless from any costs or other damages, bid mistakes or performance problems which it may incur as a result of its use of incorrect and/or partially or improperly amended contract documents.

    D. Within ten ( 10 ) days of the date of the AGREEMENT, the SUBCONTRACTOR is responsible for the complete preparation and submission of all submittals which are required by this AGREEMENT and the ORIGINAL CONTRACT and which may be necessary for the orderly, timely and proper completion and/or coordination of the work required herein

<u>Initials of Both Parties</u>       1300 MacDade Boulevard • Suite B • Folsom, Pennsylvania 19033       Page 1
K. Ryan                          (610) 586-4401 • Fax (610) 586-4403 • Email perbenmcn@aol.com

E.  The SUBCONTRACTOR is responsible for the performance and costs of ~~all engineering,~~ layout, marking, locating, staking, set-up, inspections, testing, etc., associated with the work herein. *KRyan*

F.  The SUBCONTRACTOR is responsible for the daily upkeep of as-built drawings for the "work-in-place" associated with the SUBCONTRACTOR'S performance of this AGREEMENT and agrees to make these drawings available to the CONTRACTOR and/or PRINCIPAL for monthly review. Final as-built drawings shall be submitted to the CONTRACTOR within ten (10) days of the SUBCONTRACTOR'S completion of the work required herein.

G.  The SUBCONTRACTOR is responsible for providing, posting and/or installing all required operating instructions, sequence of operation charts, marking charts, labeling, tagging and etc., as required by the ORIGINAL CONTRACT for any of the work performed hereunder.

2.  **COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK:**

A.  The SUBCONTRACTOR agrees to commence the work herein at the job site at such locations and at such times as the CONTRACTOR may direct, with sufficient supervision, labor, materials, tools, plant and equipment necessary to complete the work under this AGREEMENT according to the "Project Schedule" created by the CONTRACTOR and/or within other dates which may be established by the CONTRACTOR by separate direction. It is specifically understood that the completion dates and times established with the "Project Schedule" and/or other dates and times provided by the CONTRACTOR for the SUBCONTRACTOR'S completion of the work hereunder may differ from that specified within the ORIGINAL CONTRACT documents, and the SUBCONTRACTOR'S completion of the work herein with such scheduled completion dates and times is a contract requirement.

B.  Upon commencement of work, the SUBCONTRACTOR shall continue performance diligently and continuously, without delay or interruption as the project permits, until all work is completed to the satisfaction of the CONTRACTOR and the PRINCIPAL, in accordance with the "Project Schedule", or ahead of Schedule if conditions permit, or other dates provided by the CONTRACTOR. In that regard, the SUBCONTRACTOR agrees to provide competent workers and supervisors for the project who are properly skilled for the work and who are acceptable to the CONTRACTOR. The SUBCONTRACTOR is required to designate an on-site project supervisor ~~and an alternate supervisor~~ who will be solely dedicated to this project and who will be on site during all activities directly or indirectly associates with the SUBCONTRACTOR'S scope of work. It being further understood that the SUBCONTRACTOR will provide a replacement supervisor if, ~~at the sole discretion of the~~ CONTRACTOR, the CONTRACTOR deems it necessary for the successful completion of the project. *agreed to by* *and subcontractor* *KR*

C.  The CONTRACTOR may, at is sole discretion, alter or change the "Project Schedule" and/or other dates for the SUBCONTRACTORS' completion of the required work and the SUBCONTRACTOR shall comply with any such *reasonable* changes at no extra cost except as may be allowed under the "CLAIMS FOR EXTRA WORK OR DAMAGES" clause of the AGREEMENT. *KR.*

3.  **PRIVITY OF CONTRACT:**

The SUBCONTRACTOR agrees and understands that there is no privity of contract between the SUBCONTRACTOR and the PRINCIPAL., It is further understood and agreed that the SUBCONTRACTOR is to communicate solely with the CONTRACTOR on any and all issues relevant to this AGREEMENT and/or the ORIGINAL CONTRACT.

4.  **SUBLETTING AND ASSIGNMENT:**

A.  The work shall be performed by the SUBCONTRACTOR with the assistance of workers under his immediate supervision and shall not be sublet, assigned, or otherwise disposed of, either in whole or in part, except with the prior written consent of the CONTRACTOR. Furthermore, the SUBCONTRACTOR shall not sell, assign, or otherwise dispose of monies earned under this AGREEMENT without the express written consent of the CONTRACTOR until all claims for labor, materials and supplies furnished to the SUBCONTRACTOR have been paid.

B.  All terms and conditions of this AGREEMENT which are carried forward from the ORIGINAL CONTRACT are considered to be "flow-down" clauses. Accordingly, the SUBCONTRACTOR understands and agrees to insert all such terms in all of its Subcontract Agreements and purchase orders, as may be appropriate including this "flow-down" provision.

5.  **CHANGES TO THIS AGREEMENT:**

A.  Where the PRINCIPAL creates or directs changes which affect the work herein required, either directly or indirectly, the SUBCONTRACTOR shall be bound by said changes, including the performance thereof, to the same extent as the CONTRACTOR under the terms of the ORIGINAL CONTRACT.

B.  The CONTRACTOR shall have the full right and authority at any time to amend, change, alter, add-on, etc., the terms, conditions, scope of work and/or other requirements of this AGREEMENT, whether for the benefit of the CONTRACTOR or others, by written direction and/or AGREEMENT amendment. *subject to paragraph 6.* *KR*

**Initials of Both Parties**
*K. Ryan*

C. The SUBCONTRACTOR shall perform all changes to this AGREEMENT in complete accordance with all of the terms and conditions of this AGREEMENT and of the ORIGINAL CONTRACT; it being understood that the SUBCONTRACTOR may collect for extra expenses incurred as a result of any such direction only to the extent that the SUBCONTRACTOR is allowed under the "CLAIMS FOR EXTRA WORK OR DAMAGES" clause of this AGREEMENT.

6. **CLAIMS FOR EXTRA WORK OR DAMAGES:**

CONTRACTOR agrees to compensate the SUBCONTRACTOR for any " CHANGES TO THIS AGREEMENT", which are not a part of the ORIGINAL CONTRACT or this AGREEMENT, only as herein provided:

A. CHANGES BY THE PRINCIPAL: Where the extra expenses incurred by the SUBCONTRACTOR for extra work performed and/or materials provided as the result of authorized change orders or by written direction, or extra work performed and/or materials supplied as a result of defective ORIGINAL CONTRACT documents, such as differing site conditions, latent defects, latent ambiguities, etc., and/or PRINCIPAL directed changes, it is specifically understood and agreed that the SUBCONTRACTOR'S only compensation will be the amounts acknowledged, allowed and paid by the PRINCIPAL or as may be awarded and paid by the applicable governing bodies through the claims process as provided for under the terms of the ORIGINAL CONTRACT and the SUBCONTRACTOR is barred from collecting indirect expenses such as unabsorbed or under absorbed overhead, extended overhead, labor inefficiencies, delay damages, impacts, and/or loss of business or any other costs from the CONTRACTOR.

B. CHANGES BY THE CONTRACTOR: Where the CONTRACTOR directs the SUBCONTRACTOR, in writing, to perform extra work that the CONTRACTOR has determined is not within the scope of this AGREEMENT, and the extra work is not to be paid for by the PRINCIPAL in the form of either a claim or a change order, the SUBCONTRACTOR'S sole compensation will be by the CONTRACTOR and shall consist only of a time extension where applicable and direct on-site allowable and allocable change related costs, which are fully supported by documentation from the SUBCONTRACTOR is barred from collecting indirect expenses such as unabsorbed or under absorbed overhead, extended overhead, labor inefficiencies, delay damages, impacts, and/or loss of business or any other costs from the CONTRACTOR.

C. Notwithstanding anything to the contrary herein, or written or discussed anywhere by any persons, it is understood that any claim or request for extra costs and/or expenses incurred arising out of the performance of work herein required, or in complying with the terms and conditions of this AGREEMENT, must be filed with the CONTRACTOR, in writing, no later than ten ( 10) days after the event has taken place or the problem discovered.

D. DISPUTES: In the event of a dispute between the SUBCONTRACTOR, the CONTRACTOR and/or the PRINCIPAL as to whether or not any work directed to be performed is a contractual obligation under the ORIGINAL CONTRACT or extra work, the SUBCONTRACTOR agrees to follow the written direction of the CONTRACTOR and perform any such work, including providing equipment, plant and/or materials, accordingly to all of the terms and conditions herein. With regards to any claim arising from said dispute, it is hereby agreed that the PRINCIPAL'S or any subsequent governing court determinations, will be the sole determinant decision as to whether or not the work was a contractual obligation or an extra, and the SUBCONTRACTOR's only compensation will be the amounts allowed and paid thereby.

7. **EXTENSIONS OF TIME:**

Notwithstanding any rights which may be allowed under the terms of the ORIGINAL CONTRACT or elsewhere within this AGREEMENT, the SUBCONTRACTOR'S sole compensation for any delays or suspensions to the prosecution of the work hereunder will be in the form of a time extension or as may be allowed under the " CLAIMS FOR EXTRA WORK OR DAMAGES" clause of this AGREEMENT.

8. **PROGRESS PAYMENTS:**

A. At periodic intervals throughout the course of the ORIGINAL CONTRACT, which dates will be decided by the CONTRACTOR, request for partial and/or progress payments for work performed under the ORIGINAL CONTRACT will be tendered to the PRINCIPAL by the CONTRACTOR, in accordance with the applicable provisions of the ORIGINAL CONTRACT. Within seven (7) days of the date of approval of any such pay request by the PRINCIPAL and receipt of payment thereof by the CONTRACTOR, the CONTRACTOR will make a partial payment to the SUBCONTRACTOR ~~for any satisfactory performance.~~ *of all amounts paid by the principal with respect to work performed* It is specifically understood that this AGREEMENT is a " pay-as-paid" AGREEMENT whereby any and all payment to the SUBCONTRACTOR are dependent, as a condition precedent, upon receipt by the CONTRACTOR of payments from the PRINCIPAL.*\* The SUBCONTRACTOR agrees to provide the CONTRACTOR with a fully executed Prompt Payment Act Certification and/or Certification of Payments form as a prerequisite condition of the receipt of any and all partial payment. *KR*

B. If the CONTRACTOR does not make payment to the SUBCONTRACTOR within the required time, an interest penalty, as prescribed in the " Prompt Payment Act" clause of the ORIGINAL CONTRACT, will be paid on any amount owing, less withholding or deductions otherwise authorized by the clause.

C. For the purpose of calculating progress payment, the SUBCONTRACTOR shall submit an acceptable itemized breakdown of the amount of this AGREEMENT, hereinafter referred to as the " SUBCONTRACTOR'S Schedule of Values", to the CONTRACTOR within

Initials of Both Parties     *\* unless payment is withheld for reasons other than subcontractors work*      Page 3    *KR*
*K. Ryan*

(10) days of the date of this AGREEMENT. Payment will only be made to the SUBCONTRACTOR for work actually performed, completed and accepted by the CONTRACTOR and the PRINCIPAL, at the unit or percentage of completion amounts, as identified on the Schedule of Values, and as paid by the PRINCIPAL.

D. Payments or partial payments otherwise due the SUBCONTRACTOR may be withheld by ~~the CONTRACTOR and/or~~ the PRINCIPAL on account of defective work not remedied and/or reasonable anticipation of damages from any breach of contract. Upon such withholdings, the CONTRACTOR will notify the SUBCONTRACTOR in writing, including reasons thereof, and remedies necessary for the SUBCONTRACTOR to cure such reasons. *in three days after occurense*   K Ry.

E. The SUBCONTRACTOR further agrees that if the SUBCONTRACTOR believes that is has *not* been properly paid, the SUBCONTRACTOR will provide a written notice of such belief, together with the basis of such belief, to the CONTRACTOR. The CONTRACTOR, by agreement herein, will then have seven (7) days in which to answer this notification.

9. **FINAL PAYMENT:**

Upon completion of the ORIGINAL CONTRACT and within seven (7) days following payment therefore in full to the CONTRACTOR by the PRINCIPAL, the SUBCONTRACTOR will be paid the remaining amounts due him under this AGREEMENT. The SUBCONTRACTOR shall, as a condition precedent to payment, and before payment of said remaining percentage to him, execute and deliver to the CONTRACTOR a full and valid release completely discharging the CONTRACTOR of and from any and all claims and demands whatsoever for all matters growing out of, or in any manner connected with, or founded upon, this AGREEMENT.

10. **PAYMENTS FOR LABOR AND SUPPLIES:**

The SUBCONTRACTOR is required to promptly make payments, in full accordance with the "Prompt Payment Act", to all persons supplying labor, materials, equipment and/or supplies used, or to be used, or in connection with the prosecution of work herein required. The CONTRACTOR reserves the right to make any such payment not so made by the SUBCONTRACTOR when earned or due and to deduct the amount from any monies otherwise due the SUBCONTRACTOR under this AGREEMENT.

11. **PAYROLL TAXES, SALES AND GROSS RECEIPTS TAXES, WORKER'S COMPENSATION INSURANCE, LICENSES AND PERMITS:**

A. The SUBCONTRACTOR shall have the status of an employer as defined by the Unemployment Compensation Act of the locale wherein the project is located and shall comply with any and all local, State and/or Federal rules and regulations therewith, including withholdings, reportings, and payments for Social Security, industrial insurance, workers' compensation insurance, unemployment, income, or any other assessed payments.

B. The SUBCONTRACTOR is responsible for, and specifically agrees to pay any and all Federal, State and Municipal taxes, including but not limited to corporate taxes, sales taxes, gross receipts taxes, etc., as they may be required by regulation if any are assessed, in connection with the labor, equipment and/or materials the SUBCONTRACTOR provides under this AGREEMENT.

C. The SUBCONTRACTOR shall furnish and pay for any and all licenses and permits required by local, state, or federal authorities pertaining to the ~~performance~~ *work* of this AGREEMENT.   KRy

12. **COORDINATION RESPONSIBILITIES:**

A. The SUBCONTRACTOR shall cooperate fully with the CONTRACTOR, all other subcontractors, and/or suppliers associated with the project, and shall so plan and conduct the work to be performed hereunder so as not to interfere with their operations or with the normal operations of the associated Government facilities, operations, or personnel. The CONTRACTOR will not be responsible for any delays or interference resulting from the acts of operations of the SUBCONTRACTOR, other subcontractors, the Government, or from any other cause in connection with the prosecution of the work herein required or in the ORIGINAL CONTRACT.

B. The SUBCONTRACTOR is responsible for the coordination of all submittals, shop drawings, materials, and installation of materials, provided under this AGREEMENT, with all other subcontractors and material suppliers. The SUBCONTRACTORS is further responsible for coordinating with all of the other trades working on this project to insure the protection of all of the completed work ~~as it progresses during the~~ *from* SUBCONTRACTOR'S installation of materials herein required.   *KRy*

C. The SUBCONTRACTOR is required to furnish daily logs at the end of each day for every day worked. The logs shall contain information in sufficient detail and accuracy as may be deemed necessary by the CONTRACTOR. In addition, the SUBCONTRACTOR'S designated supervisor shall attend and participate in all coordination meetings scheduled by the CONTRACTOR.   KRy

13. **SETTLEMENT OF CONTROVERSIES:**

The SUBCONTRACTOR agrees that if any controversy arises between the SUBCONTRACTOR and the CONTRACTOR and/or the PRINCIPAL as to the performance of the work herein required, or the interpretation of any of the ORIGINAL CONTRACT documents, including labor, materials, mannerisms, quantities, kind price, value, industry standard, trade practice, etc., the CONTRACTOR'S decision concerning said controversy will be determinative and the SUBCONTRACTOR will thereby prosecute performance in accordance with the CONTRACTOR'S decision and any subsequent written direction. However, nothing within this clause shall limit the SUBCONTRACTOR'S right to pursue remedies [*to challenge the decision and to*] for monetary compensation associated with any such determination and/or direction as allowed under the " CLAIMS FOR EXTRA WORK OR DAMAGES" provision of this AGREEMENT, nor limit the SUBCONTRACTOR'S responsibility for the correct technical performance of whatever work it performs, as noted under the " CONTRACTOR'S DISCLAIMER" clause of this AGREEMENT. *KR*

14. **INDEMNIFICATION:**

SUBCONTRACTOR agrees to indemnify, hold harmless and defend the CONTRACTOR, its shareholders, directors, officers, employees, agents, representatives, assigns, and surety, and to unconditionally indemnify the same from any and all claims, demands, damages, liability, injuries, losses, expenses, costs, negligence, wrongful conduct, and all causes of action ( including accidents, injuries, death ) of any kind or nature, without limit ( including attorney's fees and court costs) whether attributed directly or indirectly, solely, jointly or concurrently, active or passive, in any matter relating to, arising out of, or resulting from the performance of ~~the ORIGINAL CONTRACT~~ *this agreement* and changes thereto. *KR*

15. **BREACH OF CONTRACT:**

If the SUBCONTRACTOR should either verbally or in writing refuse to follow directions of the CONTRACTOR, fail to commence the work, or to perform any duties required under the terms and conditions of this AGREEMENT, including but not limited to the preparation and submission of submittals and shop drawings, certified payrolls, required reportings, etc., within the time scheduled by the CONTRACTOR, or to prosecute said work continuously and diligently with sufficient workers and equipment to insure its completion with the time specified or as may be scheduled by the CONTRACTOR, or the perform said work according to the provisions of the ORIGINAL CONTRACT and/or the provisions of this AGREEMENT, or for any reason whatsoever, the SUBCONTRACTOR shall fail to carry on said work in an acceptable manner, such action(s) or inaction(s) shall be considered a BREACH OF CONTRACT. Accordingly, the CONTRACTOR may elect to give notice in writing of such breach, specifying the same, and if the SUBCONTRACTOR, within a period of seventy-two ( 72) hours after such notice, shall not proceed in accordance therewith, it is hereby agreed that the CONTRACTOR shall have full power, authority and right, without process of law and without violating this AGREEMENT, to declare the SUBCONTRACTOR in default and to take any/all actions the CONTRACTOR deems necessary to complete the SUBCONTRACTOR'S obligations under this AGREEMENT at the cost and expense of the SUBCONTRACTOR, its surety, and/or sureties. In addition, the CONTRACTOR may deduct from payments otherwise due the SUBCONTRACTOR for the amount of any loss or damage incurred by the CONTRACTOR, including any reasonable attorney's fees, and for any anticipated damages thereto.

16. **TERMINATION FOR CONVENIENCE:**

The CONTRACTOR, by written notice, may terminate this AGREEMENT at any time, in whole or in part,[*] when it is determined, at the CONTRACTOR'S sole discretion, to be in the CONTRACTOR'S best interest. Such termination will be termed " TERMINATION FOR CONVENIENCE", and the SUBCONTRACTOR'S sole compensation for such action shall be in accordance with the TERMINATION FOR CONVENIENCE clauses of the ORIGINAL CONTRACT. [*] *if and when the principal terminates that part of the original contract relating to subcontractors work* *KR*

17. **BONDS AND INSURANCE:**

A. Unless expressly stated otherwise within this AGREEMENT, the SUBCONTRACTOR shall furnish and pay for Payment and Performance Bonds in an amount of not less than 100% of the total dollar amount of this AGREEMENT for each bond. Said bonds shall be received within ten ( 10) days of the signing of this AGREEMENT and shall be in a form and with a surety or sureties acceptable to the CONTRACTOR.

B. The SUBCONTRACTOR further agrees to obtain and continuously carry adequate worker's compensation insurance, public liability insurance and all other insurance required by any applicable statutes and by the ORIGINAL CONTRACT pertaining to the work herein required, together with such other insurance as the CONTRACTOR may deem necessary for the protection of all parties. The SUBCONTRACTOR agrees to provide full occurrence type liability insurance policies and/or certificates, without limitations, disclaimers, sunset clauses, or restrictive clauses of any type, to the CONTRACTOR and/or to the PRINCIPAL as may be demanded by either.

18. **ACCIDENT PREVENTION:**

The SUBCONTRACTOR agrees to comply with, administer and implement into its work all health and safety orders, rules and/or regulations imposed pursuant to any Federal, State or Local law and all of those required under the terms of the ORIGINAL CONTRACT. This shall, as a minimum, include all of OSHA's health and safety standards for the construction industry inclusive of those established within part 29 CFR 1926 and 1910 thereof, ~~and the requirements established within the Corps of Engineers Health and Safety Requirements Manual EM 385-1-1.~~ Additionally, the SUBCONTRACTOR agrees to comply with all of the health and safety requirements established within the Accident *KR*

Initials of Both Parties                                                                                           Page 5
*K. Ryan*

Prevention, Safety, and Hazard Analysis Programs which may be established by the CONTRACTOR and which may contain more stringent requirements than those noted above.

19. **ENVIRONMENTAL PROTECTION:**

The SUBCONTRACTOR agrees to comply with, administer, and implement into its work activities all environmental orders, rules and/or regulations imposed pursuant to any Federal, State or Local law and all of those required under the terms of the ORIGINAL CONTRACT. The SUBCONTRACTOR shall be responsible for the protection of all environmental resources, including but not limited to air, water, land, and noise, within the area of the SUBCONTRACTOR'S work activities.

20. **CONTRACTOR'S DISCLAIMER:**

The SUBCONTRACTOR shall be solely responsible for its technical performance under this AGREEMENT and shall not rely on the directions or instructions of the CONTRACTOR's job superintendent, employees, representatives, or representatives of the PRINCIPAL or others concerning technical aspects of the work required herein or for extra or other work encountered due to changes, claims, differing site conditions, etc. Accordingly, the SUBCONTRACTOR agrees to indemnify and hold the CONTRACTOR and all other subcontractors and/or suppliers harmless from any and all damages, delays or extra expenses whatsoever in connection with improperly provided or installed labor and/or material associated therewith. *(✓ - Subcontractor shall be responsible for its performance)*  10/30.

21. **DAVIS-BACON ACT AND PAYROLL RECORDS:**

A. The regulation of the Secretary of Labor applicable to the CONTRACTORS and SUBCONTRACTORS made pursuant to the DAVIS-BACON ACT, are made part of this AGREEMENT by reference.

B. The SUBCONTRACTOR agrees to submit a Certified copy of all payrolls weekly to the CONTRACTOR as required by the ORIGINAL CONTRACT. Certified payroll reports are to be received in the CONTRACTOR's office no later than five (5) days past the last day of the SUBCONTRACTOR's weekly pay period.

C. The SUBCONTRACTOR shall submit to the CONTRACTOR a fully executed copy of the Statement of Acknowledgment, for each subcontractor, at any tier, prior to their working on the job site. The SUBCONTRACTOR is responsible to ensure that lower tier subcontractors comply with Labor Standards Provisions (SF-19A) of the ORIGINAL CONTRACT.

D. The SUBCONTRACTOR agrees to submit to the CONTRACTOR, on a daily basis, a daily log, in a format acceptable to the CONTRACTOR, listing the names, labor classifications, and hours worked in each classification for all employees who worked on the project for that day. Said record is to be initialed by each employee each day signifying agreement with both the hours actually worked and the labor classifications thereon.

22. **COPELAND (ANTI-KICKBACK) ACT- NONREBATE OF WAGES:**

The regulations of the Secretary of Labor applicable to the CONTRACTORS and the SUBCONTRACTORS made pursuant to the Copeland Act, to aid in the enforcement of the Anti-Kickback Act, are made a part of this AGREEMENT by reference.

23. **NOTICE TO GOVERNMENT OF LABOR DISPUTES:**

Whenever the SUBCONTRACTOR has knowledge of any actual or potential labor disputes which may delay or threaten to delay the timely performance of the ORIGINAL CONTRACT, the SUBCONTRACTOR shall immediately give notice thereof, including all relevant information with respect thereto, to the CONTRACTOR. Failure to do so may render the SUBCONTRACTOR liable for resultant damages incurred by others.

24. **NONDISCRIMINATION IN EMPLOYMENT-EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION:**

In connection with performance of work under this contract, the SUBCONTRACTOR shall ensure a working environment free of harassment, intimidation, and coercion wherever its employees are assigned to work. The SUBCONTRACTOR shall familiarize himself with the Equal Opportunity and Affirmative Action provisions of the ORIGINAL CONTRACT for compliance herewith.

25. **WARRANTY FOR LABOR AND MATERIAL:**

The SUBCONTRACTOR specifically agrees to provide warranty *for* labor and material, as may be required to satisfy the PRINCIPAL and the CONTRACTOR, as set forth in the ORIGINAL CONTRACT or required hereunder, for all items covered by this AGREEMENT.

26. **CLEAN-UP, HAUL-OFF AND DUMPING FEES:**

The SUBCONTRACTOR shall be responsible for all clean-up associated with the work hereunder. Said clean-up shall take place daily prior to the end of work of each day and shall include keeping all areas free from debris and unsafe conditions, the picking up, ~~hauling off of all debris, associated dumping fees;~~ the proper stacking, lock-up, protection and/or placement of all tools and materials. *KR*

27. **ADDITIONAL REQUIREMENTS AND CLARIFICATIONS:**

\*\*\* A. The SUBCONTRACTOR acknowledges that this a is legally binding document constructed to allow the CONTRACTOR's enforcement of the SUBCONTRACTOR's responsibilities herein and to insure the protection of any and all of the CONTRACTOR's rights and interest. Accordingly, the SUBCONTRACTOR, by its signature heron, agrees that it has protected its own economic interests and legal rights by reviewing all of the terms, conditions and scope of work herein and notifying the CONTRACTOR immediately, before signing or execution of this document, if the SUBCONTRACTOR has had any difficulty reading and/or understanding any part of this AGREEMENT or if there has been any question pertaining to any of the SUBCONTRACTOR's responsibilities under this AGREEMENT and/ or the ORIGINAL CONTRACT and the SUBCONTRACTOR's required compliance in any way therewith.

\*\*\* B. If any provision(s) of this AGREEMENT is (are) in conflict with any Government Regulations, Statutes or requirements of the ORIGINAL CONTRACT, said Regulation, Statute or requirement shall supersede the non-conforming provision(s) herein. However, it is understood that this paragraph specifically, but not exclusively, does not apply to Clause 2 of the AGREEMENT, the Changes, Suspension of Work, or Variations in Estimated Quantities clauses, equitable adjustments or delay and damage recovery allowances of the ORIGINAL CONTRACT or as may be allowed within the Federal Acquisition Regulations.

\*\*\* C. By signing this AGREEMENT, the SUBCONTRACTOR certifies that it is eligible to receive contracts from the Federal Government and that it and/ or any of its principals and/or employees have not been convicted of, or had any proceedings brought against it or them for fraudulent or illegal acts of any kind which could render the SUBCONTRACTOR, or any of its principles or employees, ineligible to conduct business with the Federal Government.

\*\*\* D. In the event that ~~any~~ *any* of the parties to this AGREEMENT employ an attorney for the enforcement of any of the terms or conditions herein or for the resolution of any disputes or claims, other than Miller Act actions, that arise out of or relate to this AGREEMENT and/or the ORIGINAL CONTRACT, it is agreed the American Rule shall apply, the laws of the State of ~~New Jersey~~ *Delaware* shall govern, and exclusive venue shall be in the federal court sitting in ~~New Jersey~~ *Delaware*, unless stipulated otherwise by the CONTRACTOR ( at its sole discretion). It is further agreed any and all claims relations to or arising out of this AGREEMENT and/or the ORIGINAL CONTRACT pursuant to the Miller Act shall be brought in the federal court sitting in ~~New Jersey~~ *Delaware* and the American Rule shall apply.

\*\*\* E. This AGREEMENT constitutes the total and final agreement between the parties herein. Accordingly, the terms, conditions and scope of work of this AGREEMENT ( including any modifications) supersedes, replaces and voids completely any and all previous price quotes, proposals, understandings and/or agreements offered or discussed, either verbally or in writing, which may have taken place by, between or with any parties prior to the date of this AGREEMENT.

28. **CONTRACTOR'S LABOR REQUISITION OPTION:**

~~This paragraph is a~~ CONTRACTOR'S option only wherein SUBCONTRACTOR agrees that its workers may be hired by CONTRACTOR to complete work under this AGREEMENT, ~~and that if~~ CONTRACTOR chooses to exercise this option, ~~SUBCONTRACTOR~~ agrees that (i) the amounts paid the workers and associated costs shall be deducted ~~from the total amount of this agreement~~, (ii) the workers shall be CONTRACTOR'S employees and CONTRACTOR ~~shall assume~~ responsibility for all associated labor burden expenses, ~~and ( iii )~~ the work completed during such time ~~shall be~~ CONTRACTOR completed work. *KR*

Initials of Both Parties                                                                                                        Page 7
K. Ryan

29. **SCOPE OF WORK TO BE PERFORMED BY SUBCONTRACTOR:**

SUBCONTRACTOR agrees to provide all supervision, labor, materials, tools, plant, equipment and associated miscellaneous apparatus, including : All Plumbing/Mechanical Division for specification sections All Division (15) as required to complete the 4th West Renovations, VAMC Wilmington, DE . in accordance with the plans, specifications, amendments and all other related documents ( wherever shown, detailed or specified) for Contract No: V460C-341

The above work shall include but will not necessarily be limited to the following:

ANY/ALL: Supervision, CQC, on-site Project Management, submittals, shop drawings, samples, certifications, insurance, layout, survey, and testing.

EXCLUSIONS : The following clarifications apply:

- Wages are General Decision DE000002 6/30/00 DE2
- No Fire Protection
- No Demo
- No Roof Repair ( New Fan + Filet on 8th Floor Roof)
- No Cosmetic Patching
- No Ceiling Removal or Replacment ( 3rd Floor and Behind Elevators)
- No Hazardous Material Handling
- No Power Wiring
- Core Drill is included, Firestop for our work is included.
- Window removal by GC
- Mechanical Louvers are included
- The Division 10 shower enclosures are **NOT** included

(Five Hundred Eighty-~~Three~~ Seven Thousand Nine Hundred Dollars and 00/100 Cents)

Total Price ................................................................................................................ ~~$583,900.00~~ $587,000.00

*** END SCOPE OF WORK ***

In signing this AGREEMENT, THE SUBCONTRACTOR agrees that this AGREEMENT is expressly made conditional and offered predicate upon the SUBCONTRACTOR's acceptance of the terms and conditions stated herein which may differ from those previously offered or discussed; the SUBCONTRACTOR additionally agrees that he has received a complete set of plans and specifications including all of the general provisions, labor provisions, rate of pay scales, and all amendments which are a part thereof for the project specified herein.

CONTRACTOR: PBM CONSTRUCTION GROUP, INC.
By: _Earl Team_ Witness _Susan M. Smith_

SUBCONTRACTOR: C & D Contractors, Inc.
By: _Kathleen Ryan_ Witness _Robert P. Jones_
President

Initials of Both Parties                                                                Page 8
K Ryan