# EXHIBIT "2"

RECEIVED
AUG 23 2004
By_____

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| C&D Contractors, Inc., a Delaware corporation, ) | C. A. No. 04C-07-155 RRC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NON-ARBITRATION |
| ) | |
| PBM Construction Group, Inc., a New Jersey ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

RECEIVED & FILED
AUG 02 2004
11:35
Secretary of State

2004 JUL 27 PM 1:44
SHERIFF'S HANDS
KENT COUNTY, DEL.

**THE STATE OF DELAWARE,**
**TO THE SHERIFF OF KENT COUNTY:**
**YOU ARE COMMANDED:**

To summon the above-named Defendant, by serving the <u>Secretary of State of the State of Delaware</u>, so that within 20 days after service hereof upon, exclusive of the day of service, Defendant shall serve upon Robert K. Beste, Jr., Esquire, Plaintiff's attorney, whose address is Cohen, Seglias, Pallas, Greenhall & Furman, P.C., 1007 Orange Street, Suite 205, Wilmington, Delaware 19801, an Answer to the Complaint, and if an Affidavit of Demand has been filed, an Affidavit of Defense.

To serve upon Defendants a copy hereof, of the Complaint and of the Affidavit of Demand, if any has been filed by Plaintiff.

DATED: 7/23/04

*Sharon Agnew*
Prothonotary

*[signature]*
Per Deputy

**TO THE ABOVE-NAMED DEFENDANT:**
In case of your failure within twenty (20) days after service hereof upon you, exclusive of the day of service, to serve on Plaintiff's attorney named above, and Answer to the Complaint, and, if an Affidavit of Demand has been filed, an Affidavit of Defense, judgment by default will be rendered against you for the relief demanded in the Complaint, or in the Affidavit of Demand, if any.

DATED:

*Sharon Agnew*
Prothonotary

*[signature]*
Per Deputy

5118-0022

# Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS, COMPLAINT AND EXHIBITS

this day, Monday, August 2, 2004, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

PBM CONSTRUCTION GROUP, INC.

and a copy of the Complaint for the said defendant, together with the sum of $ 2.00 Dollars, as prescribed by Section 3104 of Title 10 of the Delaware Code of 1978.

So Answers,

*Jim Higdon*

Jim Higdon
Sheriff of Kent County