# EXHIBIT "3"

EFiled: Sep 23 2004 10:07 EDT
Filing ID 4259499



IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| C&D Contractors, Inc., a Delaware corporation, | ) | |
| | ) | C. A. No. 04C-07-155 RRC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NON-ARBITRATION |
| | ) | |
| PBM Construction Group, Inc., a New Jersey corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### DIRECTIONS FOR ENTRY OF JUDGMENT BY DEFAULT

The Defendant in the above case, PBM Construction Group, Inc., having failed to appear, plead or otherwise defend, as required by the rules of this Court, the Plaintiff, by Robert K. Beste, Jr., its attorney, annexes an affidavit and directs the entry of judgment for the amount shown as follows:

| | |
|---|---|
| Contract Balance | $ 10,109.00 |
| Charge Orders | $ 60,783.28 |
| Delay Damages | $211,913.80 |
| Bond Costs | $ 5,900.90 |
| Pre-judgment interest @ legal rate, from 1/1/03-9/21/04 @ 5.75% | $28,636.01 |
| ***TOTAL:*** | ***$317,342.09*** |

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

_____
Robert K. Beste, Jr., Esq. (ID #154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington DE 19801
(302) 425-5089
Attorney for Plaintiff

Date: 9/21/04

CERTIFIED AS A TRUE COPY
ATTEST: SHARON AGNEW
PROTHONOTARY
BY _____