# AFFIDAVIT OF SERVICE

Court: UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE
Case No.: 05-137

Plaintiff/Petitioner: **CDCONTRACTORS, INC.**
vs.
Defendant/Respondent: **PMB CONSTRUCTION GROUP, INC.**

Received by D.M. Professional Services, Inc. to be served upon:

PMB CONSTRUCTION GROUP, INC.

ss.

I, ADAM GOLDEN, depose and say that:

On 03/09/2005 at 12:23 PM, I served the within SUMMONS AND COMPLAINT on PMB CONSTRUCTION GROUP, INC. at C/O DELAWARE SECRETARY OF STATE, DOVER, DE 19901 in the manner indicated below:

Served the within SUMMONS AND COMPLAINT this 9th day of March, 2005: Personally upon Harriet Windsor, Secretary Of State of the state of Delaware by leaving her a true and correct copy of said SUMMONS AND COMPLAINT for defendant, PMB CONSTRUCTION GROUP, INC., together with the sum of $2.00 as prescribed by section 3104 of title 10 of the Delaware code of 1978.

I declare under perjury that the information contained herein is true and correct that this affidavit was executed on this ___7___ day of ___Mar___, 20_05_.

X _____
ADAM GOLDEN
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE 19809-1719
(800) 966-3624
Law Firm: ROBERT BESTE, JR., ESQUIRE, COHEN, SEGLIAS, PALLAS, GREENHALL &FURMAN, P.
Atty File#: 05-137

SUBSCRIBED AND SWORN TO BEFORE ME
A NOTARY PUBLIC THIS

___10___ day of ___Mar___, 20_05_
WITNESS MY HAND AND OFFICIAL SEAL TO

_____
NOTARY PUBLIC

*[Notary seal: ANNE M. FRANCIA, MY COMMISSION EXPIRES MARCH 14, 2007, NOTARY PUBLIC, STATE OF DELAWARE]*