IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C&D Contractors, Inc., a Delaware corporation, ) | |
| ) | Case No. 05-137 |
| Plaintiff, ) | |
| ) | |
| v. ) | NON-ARBITRATION |
| ) | |
| PBM Construction Group, Inc., a New Jersey ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF ROBERT K. BESTE, JR. AND AMENDMENT TO COMPLAINT

BEING first duly sworn, according to law, Robert K. Beste, Jr., does hereby depose and state as follows:

1. That he is the attorney for the Plaintiff in the captioned action.

2. That Defendant, PBM Construction Group, Inc., is a non-resident of the State of Delaware.

3. That the Summons and Complaint directed to Defendant PBM Construction Group, Inc. was served upon the Secretary of State of Delaware, pursuant to 10 Del. C. §3104 on March 9, 2005.

4. That the Sheriff's Return was filed with the U. S. District Court Clerk's Office, for the District of Delaware, on March 9, 2005.

5. That by letter dated March 14, 2005, sent by Registered Mail, return receipt requested, your affiant sent a copy of the Summons, Complaint and Sheriff's Return to Defendant PBM Construction Group, Inc., which letter and enclosures constituted Notice to that defendant of the initiation of this action, as required by 10 Del. C. §3104. A copy of the letter dated March 14, 2005, containing such notice is attached hereto as Exhibit "A." Such letter was

sent in such fashion indicated to "PBM Construction Group, Inc., 1300 McDade Boulevard, Suite B, Folsom, PA 19033," and also to "PBM Construction Group, Inc., c/o Mr. Edward Bennett, 114 Newbolds Corner Road, Southampton, NJ 08088-8820."

6. That the original receipts obtained at the time of mailing Exhibit "A" are attached hereto as Exhibit "B."

7. On March 16, 2005, the envelope containing the letter dated March 14, 2005, and sent to 1300 McDade Boulevard, Suite B, Folsom, PA 19033, was returned to the offices of your affiant. Such envelope is attached hereto as Exhibit "C."

8. The letter of March 14, 2005 was contained in the envelope (Exhibit "C") at the time it was mailed.

9. Attached hereto as Exhibit "D" is the return receipt for the March 14, 2005 letter mailed to 114 Newbolds Corner Road, Southampton, New Jersey, which was received by the offices of your affiant on March 18, 2005.

_____
Robert K. Beste, Jr., Esq. (I.D. No. 154)

Sworn to and subscribed before me this 23rd day of March 2005.

_____
Notary Public

MEREDITH S. JONES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 26, 2006

RKB/msj
05118-0022