# EXHIBIT "A"

# COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC

ROBERT K. BESTE, JR.
ATTORNEY AT LAW

NEMOURS BUILDING
1007 ORANGE STREET, SUITE 205
WILMINGTON, DE 19801

TEL: 302-425-5089 • FAX: 302-425-5097
E.MAIL: rbeste@cohenseglias.com
www.cohenseglias.com

March 14, 2005

**BY REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

PBM Construction Group, Inc.
1300 McDade Boulevard, Suite B
Folsom, PA 19033

PBM Construction Group, Inc.
c/o Mr. Edward Bennett
114 Newbolds Corner Road
Southampton, NJ 08088-8820

RE:  **C&D Contractors, Inc. v. PBM Construction Group, Inc.**
     **District Court Case No. 05-137**

Gentlemen:

Please be advised that this office represents C&D Contractors, Inc., in the above-captioned litigation.

Enclosed please find a copy of the Summons, Complaint, and Sheriff's Return of Service. The Summons and Complaint were served upon the Secretary of State of the State of Delaware, pursuant to 10 Del. C. §3104. Such service upon the Secretary of State is as effective, for all intents and purposes, as if made upon you personally within the State of Delaware.

You are required to respond to the Complaint, or a Default Judgment may be taken against you.

Very truly yours,

ROBERT K. BESTE, JR.

RKB/msj
Enclosures
05118-0022

HADDON HEIGHTS, NJ   •   ELKINS PARK, PA   •   PHILADELPHIA, PA   •   BLOOMFIELD, NJ   •   PITTSBURGH, PA