REGISTERED NO. RB420576835US

POSTMARK

| | Reg. Fee $ $7.50 | Special $ Delivery |
| To Be Completed By Post Office | Handling $ $0.00 Charge | Return $ $1.75 Receipt |
| | Postage $ $1.52 | Restricted $ $0.00 Delivery |

Received by

Customer Must Declare Full Value $    $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM
Robert K. Beste, Jr.
1007 Orange St., Ste. 205
Wilmington, DE 19801

TO
PBM Construction Group Inc
1300 McDade Blvd. Ste, B
Folsom, PA 19033

PS Form 3806 RECEIPT FOR REGISTERED MAIL (Customer Copy)
April 1991                                (See Information on Reverse)

---

# EXHIBIT "B"

---

REGISTERED NO. RA016123020US

POSTMARK

| | Reg. Fee $ $7.50 | Special $ Delivery |
| To Be Completed By Post Office | Handling $ $0.00 Charge | Return $ $1.75 Receipt |
| | Postage $ $1.52 | Restricted $ $0.00 Delivery |

Received by

Customer Must Declare Full Value $    $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM
Robert K. Beste, Jr.
1007 Orange St. - Ste. 205
Wilmington, DE 19801

TO
PBM Cnst. Group Inc., Ch Ed-
ward Bennett, 114 Newbolds Corner
Rd., Southampton NJ 08088-8820

PS Form 3806 RECEIPT FOR REGISTERED MAIL (Customer Copy)
April 1991                                (See Information on Reverse)