# EXHIBIT "C"

EENHALL & FURMAN PC

RETURNED TO SENDER
☒ MOVED LEFT NO ADDRESS
☐ NOT DELIVERABLE AS ADDRESSED
   UNABLE TO FORWARD
☐ ATTEMPTED NOT KNOWN
☐ UNCLAIMED ☐ REFUSED
☐ NO SUCH STREET - NUMBER
☐ DO NOT REMAIL IN THIS ENVELOPE
☐ INSUFFICIENT ADDRESS
☐ NO MAIL RECEPTACLE
☐ BOX CLOSED NO ORDER

ion Group, Inc.
Boulevard, Suite B
033

MLPA

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>PBM Construction Group, Inc.<br>1300 McDade Boulevard, Suite B<br>Folsom, PA 19033 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) RB 420 576 835 US | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540