# EXHIBIT "D"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> x*D Bennett*  ☐ Agent  ☐ Addressee <br> B. Received by ( *Printed Name* )  C. Date of Delivery  *3/1/08* |
| 1. Article Addressed to: <br><br> PBM Construction Group, Inc. <br> **c/o Mr. Edward Bennett** <br> 114 Newbolds Corner Road <br> Southampton, NJ 08088-8820 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br> 3. Service Type <br> ☐ Certified Mail  ☐ Express Mail <br> ☒ Registered  ☒ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*)  *RA 016 123 020 US* | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |