IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C&D Contractors, Inc., a Delaware corporation, | ) |
| | ) Case No. 05-137 |
| Plaintiff, | ) |
| | ) |
| v. | ) NON-ARBITRATION |
| | ) |
| PBM Construction Group, Inc., a New Jersey corporation, | ) |
| | ) |
| | ) |
| Defendant. | ) |

### SUPPLEMENTAL AFFIDAVIT OF ROBERT K. BESTE, JR. TO THE AFFIDAVIT AND AMENDED COMPLAINT FILED MARCH 23, 2005

BEING first duly sworn, according to law, Robert K. Beste, Jr., does hereby depose and state as follows:

1. That he is the attorney for the Plaintiff in the captioned action.

2. That Defendant, PBM Construction Group, Inc., is a non-resident of the State of Delaware.

3. That, on March 23, 2005, your affiant mailed a letter, by Registered Mail, Return Receipt Requested, a copy of the Summons, Complaint and Sheriff's Return, to Defendant PBM Construction Group, Inc., which letter and enclosures constituted notice to that defendant regarding the initiation of the above action, as required by 10 Del. C. §3104. A copy of such letter dated March 23, 2005, containing such notice, is attached hereto as Exhibit "A."

4. That the original receipt obtained at the time of mailing of Exhibit "A," on March 23, 2005, is attached hereto as Exhibit "B."

5. On March 28, 2005, the envelope containing the letter dated March 23, 2005 (and attached hereto as Exhibit "A") was returned to the offices of your affiant. Such envelope is

attached hereto as Exhibit "C."

6. The letter of March 23, 2005 was contained in the envelope (Exhibit "C") at the time it was mailed.

_____
Robert K. Beste, Jr., Esq. (I.D. No. 154)

Sworn to and subscribed before me this ___ day of __March__ 2005.

_____
Notary Public

RKB/msj
05118-0022

MEREDITH S. JONES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 26, 2006