# EXHIBIT "B"

| Registered No. RA016123170US | | Date Stamp |
|---|---|---|
| Reg. Fee $7.50 | | USPS 0501 / RODNEY SQ STA / MAR 03/23/2005 / WILMINGTON DE 19801 |
| Handling Charge $0.00 | Return Receipt $1.75 | |
| Postage $1.52 | Restricted Delivery $0.00 | |
| Received by [signature] | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance  ☐ Without Postal Insurance | |

OFFICIAL USE

FROM: Robert K. Beste Jr (Cohen, Seglias) et al
1007 Orange St (Ste 205)
Nemours Bldg
Wilmington DE 19801

TO: PBM Construction Group, Inc.
1300 McDade Blvd. Ste. B
Folson PA 19033

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®