



**EXHIBIT "C"**