IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C&D Contractors, Inc., a Delaware corporation, | ) |
| | ) Case No. 05-137 |
| Plaintiff, | ) |
| | ) |
| v. | ) NON-ARBITRATION |
| | ) |
| PBM Construction Group, Inc., a New Jersey corporation, | ) |
| | ) |
| Defendant. | ) |

## DIRECTIONS FOR ENTRY OF
## JUDGMENT BY DEFAULT

Defendant in the above case, PBM Construction Group, Inc., having failed to appear, plead or otherwise defend, as required by the rules of this Court, the Plaintiff, by Robert K. Beste, Jr., its attorney, annexes an affidavit and directs the entry of judgment for the amount shown, as follows:

| | |
|---|---:|
| Contract Balance | $ 10,109.00 |
| Charge Orders | $ 60,783.28 |
| Delay Damages | $211,913.80 |
| Bond Costs | $ 5,900.90 |
| Pre-judgment interest @ legal rate (1/1/03-4/4/05) @ 5.75% | $ 35,661.86 |
| ***TOTAL:*** | ***$324,367.94*** |

Plus pre-judgment and post-judgment interest.

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

_____
Robert K. Beste, Jr., Esq. (ID #154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington DE 19801
(302) 425-5089
Attorneys for Plaintiff

Date: 4/5/05