IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C&D Contractors, Inc., a Delaware corporation, | ) |
| | ) Case No. 05-137 |
| Plaintiff, | ) |
| | ) |
| v. | ) NON-ARBITRATION |
| | ) |
| PBM Construction Group, Inc., a New Jersey corporation, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, Robert K. Beste, Jr., do hereby certify that on this 20th day of April, 2005, a copy of the Directions for Entry of Judgment by Default, were given to the following by the method indicated:

**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED and FIRST-CLASS MAIL**

PBM Construction Group, Inc.
c/o Mr. Edward Bennett
114 Newbolds Corner Road
Southampton, NJ 08088-8820

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

Robert K. Beste, Jr., Esq. (ID #154)
1007 N. Orange Street
Nemours Building, Suite 205
Wilmington DE 19801
(302)425-5089
Attorney for Plaintiff

RKB/msj
05118-0022