IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C&D CONTRACTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-137 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| PBM CONSTRUCTION GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CLERK'S ENTRY OF DEFAULT

AND NOW TO WIT THIS 28th day of April 2005, it appearing from the affidavit of Robert K. Beste, Jr., Esq. that the above named defendant has not answered or otherwise moved with respect to the complaint, and the plaintiff having requested the entry of a default,

IT IS HEREBY ORDERED, in accordance with FRCP 55(a) that a default is hereby entered against the defendant.

_____
DEPUTY CLERK

Wilmington, Delaware