IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C&D CONTRACTORS, INC.,            ) | |
| )  | |
| Plaintiff,        ) | C.A. No. 05-137 (KAJ) |
| ) | |
| v.                                               ) | |
| ) | |
| PBM CONSTRUCTION GROUP, INC., ) | |
| ) | |
| Defendant.      ) | |

ORDER

At Wilmington, this 21st day of February, 2006.

WHEREAS, there has been no activity in this case since April 28, 2005,

IT IS HEREBY ORDERED that counsel shall submit a status report to the Court on or before March 3, 2006.

*[signature]*
UNITED STATES DISTRICT JUDGE