

# COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC

ROY S. COHEN⁰*
JOHN A. GREENHALL⁰*•
GEORGE E. PALLAS⁰*•
EDWARD SEGLIAS*
MARC FURMAN⁰*
MARIAN A. KORNILOWICZ⁰*•‡≈
JASON A. COPLEY⁰*•
SHAWN R. FARRELL⁰*•
ROBERTA FRANKEL BLOOM⁰*•
THOMAS C. ZIPFEL⁰*•
EDWARD T. DELISLE⁰*•
ROBERT K. BESTE*
J. KENNETH HARRIS⁰*•
KENT A. F. WEISERT⁰•

SENIOR COUNSEL
HERMAN E. CARDONI⁰*
KEVIN B. WATSON⁰*‡'

OF COUNSEL:
STEVEN B. SILVERMAN⁰*
LONNY S. CADES⁰*

NEMOURS BUILDING
1007 ORANGE STREET, SUITE 205
WILMINGTON, DELAWARE

TEL: 302.425.5089 • FAX: 302.425.5097
www.cohenseglias.com

JAMIE L. SANDMAN ⁰*•
RENE DAVID QUINLAN ⁰*
JANET L. TREIMAN ⁰*•
LEONARD A. WINDISH ⁰*•
LANE F. KELMAN ⁰*•
CARTER N. WILLIAMSON ⁰*•
DOUGLAS E. BURRY ⁰* •
JENNIFER M. HORN ⁰*•∞
JONATHAN LANDESMAN ⁰*‡

WILLIAM J. MEYER ⁰*+
DANA B. OSTROVSKY ⁰*•
STANLEY R. GENTILE ⁰*•
LUCY H. HALATYN ⁰*≈‡
THOMAS N. SWEENEY ⁰*•
LISA M. WAMPLER ⁰*
JOSHUA KOHNER ⁰*•†
PATRICK J. KEARNEY ⁰*•
MATTHEW S. BURNS ⁰*
JOHN J. GRAHAM, JR. ⁰*•
GAETANO P. PICCIRILLI ⁰*•

NOT ADMITTED IN DE ⁰
ALSO ADMITTED IN PA *
ALSO ADMITTED IN NJ •
ALSO ADMITTED IN NY ‡
ALSO ADMITTED IN MA ≈
ALSO ADMITTED IN GA †
ALSO ADMITTED IN MD •
ALSO ADMITTED IN DC ∞
ALSO ADMITTED IN WV +
ALSO ADMITTED IN KY '

March 6, 2006

**By Electronic Filing and By Hand-Delivery**
The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 N. King Street
Lockbox 10
Wilmington, DE 19801

    RE:    **C&D Contractors, Inc. v. PBM Construction Group, Inc.**
             **Case No. 05-137 (KAJ)**

Dear Judge Jordan:

    Please allow this letter to serve as a status report in the above matter.

    This action arises from a construction contract for a project at the Veteran's Administration Hospital, in Wilmington, Delaware. Plaintiff, C&D Contractors, Inc. ("C&D") was a subcontractor to PBM Construction Group, Inc. ("PBM"), on this project. This litigation commenced, even though C&D had already obtained a default judgment against PBM, in C&D Contractors, Inc. v. PBM Construction Group, Inc., in the Superior Court in and for New Castle County, Delaware, in C. A. No. 04C-07-155 (RRC). A default judgment was indeed taken in that mater, against PBM and in favor of C&D, on September 21, 2004, and in the amount of $317,342.09.

    Regrettably, there appears to be some question about the financial stability of PBM. For a significant period of time, C&D has been in communication with the Veteran's Administration ("VA"), in an attempt to have the VA make payment of the additional costs due in that construction project. The VA initially indicated they would only honor a judgment in Federal Court, and hence this action was filed. A default judgment has been entered in this action, pursuant to Rule 55(b)(1). A copy of the Direction to the Clerk of Court is attached hereto as Exhibit "A." Although C&D filed a Direction for Entry of Judgment by Default, for the specific sum of $324,367.94 ("D.E.5"), the Clerk of the Court has indicated a Default Judgment would be entered, but not for a specific amount. It is C&D's position that this is contrary to Rule 55(b)(1), which requires that a judgment be entered if a specific amount can be determined by a certain computation.

The Honorable Kent A. Jordan
March 6, 2006
Page Two

Despite the judgments in Federal court, the VA was not satisfied. C&D was not content to sit and wait, and therefore it filed another action in this Court, C&D Contractors, Inc. v. Toni Wilson, C. A. No. 05-820-AAJ, seeking a Writ of Mandamus, compelling Ms. Wilson, as Director of the Veteran's Administration, to engage in Alternate Dispute Resolution in good faith, and under the Contract Disputes Act, 41 U.S.C.A. 601, *et. seq.* Litigation continues in that matter, and a Motion to Dismiss has been briefed and awaits decision.

Although C&D believes it is entitled to a default judgment in an amount as set forth in Exhibit "A," C&D respectfully requests that, in order to resolve this case, a hearing be scheduled, to enable C&D to clearly show the Court the nature and extent of its significant damages.

Respectfully submitted,

ROBERT K. BESTE, JR.

RKB/msj
Attachment
cc:   PBM Construction Group, Inc.
      C & D Contractors, Inc.
      Edward Seglias, Esq.
05118-0022