**EXHBIBIT "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C&D Contractors, Inc., a Delaware corporation, | ) |
| | ) Case No. 05-137 |
| Plaintiff, | ) |
| | ) |
| v. | ) NON-ARBITRATION |
| | ) |
| PBM Construction Group, Inc., a New Jersey corporation, | ) |
| | ) |
| Defendant. | ) |

### DIRECTIONS FOR ENTRY OF
### JUDGMENT BY DEFAULT

Defendant in the above case, PBM Construction Group, Inc., having failed to appear, plead or otherwise defend, as required by the rules of this Court, the Plaintiff, by Robert K. Beste, Jr., its attorney, annexes an affidavit and directs the entry of judgment for the amount shown, as follows:

| | |
|---|---|
| Contract Balance | $ 10,109.00 |
| Charge Orders | $ 60,783.28 |
| Delay Damages | $211,913.80 |
| Bond Costs | $ 5,900.90 |
| Pre-judgment interest @ legal rate (1/1/03-4/4/05) @ 5.75% | $ 35,661.86 |
| *TOTAL:* | *$324,367.94* |

Plus pre-judgment and post-judgment interest.

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

/s/ Robert K. Beste
Robert K. Beste, Jr., Esq. (ID #154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington DE 19801
(302) 425-5089
Attorneys for Plaintiff

Date: 4/5/05

Docket #5

## AFFIDAVIT

STATE OF DELAWARE        }
                         : SS
COUNTY OF NEW CASTLE     }

COMES NOW, the Affiant, Robert K. Beste, Jr., Esquire, attorney for Plaintiff, C&D Contractors, Inc., who, being duly sworn according to law, does depose and say:

1. That he is the attorney for the Plaintiff, C&D Contractors, Inc., in the above-captioned case.

2. The Defendant is not an infant, incompetent, or in the military service of the United States of America.

3. The Defendant is in default for failing to appear, plead or otherwise defend as provided by the Federal Rules of the Civil Procedure.

4. That the amount showing is fully due and owing, and no part of the aforesaid debt has been paid.

COHEN, SEGLIAS, PALLAS, GREENHALL
& FURMAN, P.C.

_____
Robert K. Beste, Jr., Esq. (ID #154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington DE 19801
(302) 425-5089
Attorney for Plaintiff

Sworn to and subscribed before me this _5th_ day of _April_, 2005.

_____
Notary Public

MEREDITH S. JONES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 26, 2006