IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C&D CONTRACTORS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-137 (KAJ) |
| ) | |
| v. ) | |
| ) | |
| PBM CONSTRUCTION GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Oral argument on plaintiff's motion for default judgment (D.I. 5) in the above-captioned action will be heard on **April 10, 2006** beginning at 11:00 a.m. and concluding at 12:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

Dated:   March 9, 2006
Wilmington, Delaware