# COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC

ROY S. COHEN⁰*
JOHN A. GREENHALL⁰*•
GEORGE E. PALLAS⁰*•
EDWARD SEGLIAS*
MARC FURMAN⁰*
MARIAN A. KORNILOWICZ⁰*•‡≈
JASON A. COPLEY⁰*•
SHAWN R. FARRELL⁰*•
ROBERTA FRANKEL BLOOM⁰*•
THOMAS C. ZIPFEL⁰*•
EDWARD T. DELISLE⁰*•
ROBERT K. BESTE*
J. KENNETH HARRIS⁰*•
KENT A. F. WEISERT⁰•

SENIOR COUNSEL
HERMAN E. CARDONI⁰*
KEVIN B. WATSON⁰*‡¹

OF COUNSEL:
STEVEN B. SILVERMAN⁰*
LONNY S. CADES⁰*

NEMOURS BUILDING
1007 ORANGE STREET, SUITE 205
WILMINGTON, DELAWARE

TEL: 302.425.5089 • FAX: 302.425.5097
www.cohenseglias.com

JAMIE L. SANDMAN ⁰*•
RENE DAVID QUINLAN ⁰*
JANET L. TREIMAN ⁰*•
LEONARD A. WINDISH ⁰*•
LANE F. KELMAN ⁰*•
CARTER N. WILLIAMSON ⁰*•
DOUGLAS E. BURRY ⁰* •
JENNIFER M. HORN ⁰*•∞
JONATHAN LANDESMAN ⁰*‡

WILLIAM J. MEYER ⁰*+
DANA B. OSTROVSKY ⁰*•
STANLEY R. GENTILE ⁰*•
LUCY H. HALATYN ⁰*=‡
THOMAS N. SWEENEY ⁰*•
LISA M. WAMPLER ⁰*
JOSHUA KOHNER ⁰*•†
PATRICK J. KEARNEY ⁰*•
MATTHEW S. BURNS ⁰*•
JOHN J. GRAHAM, JR. ⁰*•
GAETANO P. PICCIRILLI ⁰*•

NOT ADMITTED IN DE ⁰
ALSO ADMITTED IN PA *
ALSO ADMITTED IN NJ •
ALSO ADMITTED IN NY ‡
ALSO ADMITTED IN MA ≈
ALSO ADMITTED IN GA †
ALSO ADMITTED IN MD •
ALSO ADMITTED IN DC ∞
ALSO ADMITTED IN WV +
ALSO ADMITTED IN KY ¹

April 11, 2006

**BY ELECTRONIC FILING AND BY HAND**
The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 N. King Street, 4th Floor
Wilmington, DE 19801

  RE: **C&D Contractors, Inc. v. PBM Construction Group, Inc.**
     **Case No. 05-137 (KAJ)**

Dear Judge Jordan:

  I am filing herewith a proposed Order for Judgment in the above-captioned matter, as requested by Your Honor on April 10, 2006.

  I am available at the Court's convenience if any further documentation is required.

          Respectfully submitted,

          ROBERT K. BESTE, JR.

RKB/msj
Enclosure
cc: PBM Construction Group, Inc. (w/ encl.)
   Patricia C. Hannigan, Esq. (w/ encl.)
   C&D Contractors, Inc. (w/ encl.)
05118-0022