IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C&D Contractors, Inc., a Delaware corporation, | ) |
| | ) Case No. 05-137 |
| Plaintiff, | ) |
| | ) |
| v. | ) NON-ARBITRATION |
| | ) |
| PBM Construction Group, Inc., a New Jersey corporation, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF JUDGMENT**

As a result of the hearing held by this Court on April 10, 2006, and the testimony and exhibits submitted therein,

IT IS HEREBY ORDERED as follows:

Judgment shall be entered in favor of Plaintiff C& D Contractors, Inc., and against PBM Construction Group, Inc., in an amount determined as follows:

| | |
|---|---|
| Contract Balance | $ 10,109.00 |
| Change Orders | $ 60,783.28 |
| Delay Damages | $211,913.80 |
| Bond Costs | $  5,900.90 |
| Pre-judgment interest @ legal rate of 5.75% from 1/1/03-4/10/06 | $ 56,486.60 |
| *TOTAL:* | *$345,193.58* |

Post-judgment interest shall be as required by law.

_____
Kent A. Jordan, District Judge

RKB/msj                                                    05118-0022